IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY A. ARMSTRONG<br><br>    PLAINTIFF,<br><br> v.<br><br>GREENWOOD GAMING AND ENTERTAINMENT, INC., t/d/b/a PHILADELPHIA PARK CASINO and GREENWOOD RACING, INC., PHILADELPHIA PARK CASINO AND RACETRACK<br><br>    DEFENDANTS. | Civil Action<br><br>No. 09-1321 |

October\_\_21\_\_ , 2009

**ORDER**

  AND NOW, this \_\_\_\_21\_\_ day of October, 2009, for the reasons stated in the accompanying opinion, it is ORDERED that defendants' motion to dismiss is DENIED.

            BY THE COURT:

            /s/_____
            Pollak, J.